No. 562. COMMISSIONER OF INTERNAL REVENUE *v.* INDEPENDENT LIFE INSURANCE Co. Certificate from the Circuit Court of Appeals for the Sixth Circuit. February 20, 1933. *Per Curiam:* The motion to bring up the entire record and cause is denied. The certificate herein is dismissed. *United States* v. *Mayer,* 235 U. S. 55, 66; *United States* v. *Worley,* 281 U. S. 339, 340; *White* v. *Johnson,* 282 U. S. 367, 371; *Wells* v. *Commissioner,* 286 U. S. 529; *Kroger Grocery & Baking Co.* v. *Yount,* 287 U. S. 574; *Catagrone* v. *United States,* 287 U. S. 574. *Solicitor General Thacher* for the Commissioner of Internal Revenue. *Mr. J. A. Newman* for Independent Life Insurance Co.

No. 3, original. NEVADA *v.* CROWN WILLAMETTE PAPER Co. February 20, 1933. The returns of the parties to the rules issued herein January 23, 1933, to show cause why this case should not be dismissed, are received and filed. Pursuant to stipulation of the parties, this cause is continued to the October Term, 1933; and the parties are directed to make further report as to the status of this cause on or before Monday, October 2, 1933.